IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

    Plaintiff,

-v-

$466,961 UNITED STATES CURRENCY, and

2016 LEXUS NX2 VIN: JTJBARBZ5G2082034,

    Defendants.

21-MC-43

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Paul C. Parisi, Assistant United States Attorney, of counsel, and, Thomas J. Eoannou, Esq., attorney for putative claimant Stanley Lee, that the government's time to file its Verified Complaint for Forfeiture be extended from September 1, 2021 to November 30, 2021, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

The parties to this Stipulation further agree that Stanley Lee may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have

ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

Dated: 9 / 1 /2021    BY: *[signature]*
Paul C. Parisi
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
716-843-5700
paul.parisi@usdoj.gov

Dated: 8 / 31 /2021    *[signature]*
Thomas J. Eoannou, Esq.
Law Office of Thomas J. Eoannou
484 Delaware Avenue
Buffalo, NY  14202
716-885-2889
Lawoffice484@yahoo.com
Attorney for Stanley Lee